# CASES ARGUED AND DETERMINED

## IN THE

# SUPREME COURT OF LOUISIANA,

## IN NEW ORLEANS DURING THE YEAR 1885,

### AND NOT REPORTED IN FULL.

### No. 9252.

### Haspel Johnson & Co. vs. Thibaut, Sheriff and Tax Collector.

Property used for rice milling purposes is not exempt from taxation, 36 Ann., 347. Affirmed.

### No. 9418.

### J. C. Thompson *et al.* vs. Louis A. Fasnacht.

A tax sale under an assessment in the name of the estate of a deceased person, when it appears that the heirs of such decedent had been formally put in possession of his estate by a judgment of court eight years before the assessment was made, and besides, have been in actual possession thereof from the time of such judgment until the sale, is null, but the purchaser is entitled to be reimbursed the sum paid by him for taxes at the sale.

### No. 9424.

### T. S. Barton *et al.* vs. Board of Assessors.

The shares of the Stock Exchange are taxable against the individual holders thereof, in the same manner as are those of the Cotton Exchange.

### No. 9289.

### The Atlas Cordage Company vs. Edward Adler.

Only questions of fact involved

### No. 9349.

### Louis Rayssiguier vs. Sarah Bour.

Only questions of fact involved.

### No. 9457.

### George W. Ruleff vs. John Cooper & Son.

Only questions of fact involved.

# OPELOUSAS—1885.

### No. 1258.

### Partnership of Comeau & Richard.

Only questions of fact involved.